IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| WALLY HAVEN,<br><br>    Plaintiff,<br><br>    v.<br><br>Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | Civil No. 3:22-CV-1536-JR<br><br><br>ORDER FOR ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(D) |

After consideration of Plaintiff's Unopposed Motion, it is hereby ordered Plaintiff is awarded attorney fees in the amount of $8,443.26 pursuant to 28 U.S.C. § 2412(d) and costs in the amount of $402.00. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then the fees and costs shall be made payable to Dellert Baird Law Offices, PLLC, electronically or by check.

IT IS SO ORDERED.

DATED this 27th day of December, 2023.

                                                      /s/ Jolie A. Russo
                                                      Jolie A. Russo
                                                      U.S. MAGISTRATE JUDGE

Presented by:

Jeffrey H. Baird
Dellert Baird Law Offices, PLLC
2825 NE Brazee St
Portland, OR   97212
Telephone:  (206) 518-8163
FAX:  (360) 824-9371
jeffreyhbaird@comcast.net