# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| WALLY HAVEN, | Civil No. 3:22-CV-1536-JR |
| Plaintiff, | |
| v. | ORDER FOR ATTORNEY FEES |
| Commissioner of the Social Security Administration, | |
| Defendant. | |

After considering counsel's motion and supporting documents, it is hereby ORDERED that attorney's fees in the amount of $8,443.09 be awarded to Jeffrey Baird, to be paid from Plaintiff's past-due benefits pursuant to 42 U.S.C. § 406(b). This amount contemplates the previously awarded EAJA fee, so no further offset shall be applied.

IT IS SO ORDERED.

DATED this 11th day of September, 2024.

    /s/ Jolie A. Russo
Jolie A. Russo
U.S. Magistrate Judge

Page 1    ORDER
[3:22-CV-1536-JR]

Presented by:

Jeffrey H. Baird
Dellert Baird Law Offices, PLLC
2825 NE Brazee St
Portland, OR  97212
Telephone:  (206) 518-8163
FAX:  (360) 824-9371
jeffreyhbaird@comcast.net